## UNITED STATES DISTRICT COURT
## SOUTH DISTRICT OF FLORIDA

CASE NO. 21-60078-CIV-ALTMAN/HUNT

MICHAEL GRANDY,

     Plaintiff,

vs.

ME TECHNOLOGY, INC. FLORIDA,
a New York corporation,

     Defendant.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

The parties, by and through their undersigned counsel, notify the Court that this matter has been settled.  The appropriate settlement and dismissal documents are being prepared and it is expected that the parties will submit the same to the Court within the next 10 days.

Respectfully submitted on March 26, 2021,

| | |
|---|---|
| */s/ Robert S. Norell, Esq.* | */s/ Marko Ilich, Esq.* |
| Robert S. Norell, Esq. | Marko Ilich, Esq. |
| Fla. Bar No.: 996777 | Florida Bar No. 1010520 |
| E-Mail: rob@floridawagelaw.com | E-Mail: milich@stoklaw.com |
| **ROBERT S. NORELL, P.A.** | Joshua R. Kon, Esq. |
| 300 NW 70th Avenue, Suite 305 | Florida Bar No. 56147 |
| Plantation, FL 33317 | E-Mail: jkon@stoklaw.com |
| Telephone: (954) 617-6017 | **STOK KON + BRAVERMAN** |
| Facsimile: (954) 617-6018 | 1 E. Broward Boulevard |
| *Counsel for Plaintiff* | Suite 915 |
| | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 237-1777 |
| | Facsimile:(954)237-1737 |
| | *Counsel for Defendant* |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served in the manner indicated below on March 26, 2021 on all counsel or parties of record appearing on the Service List below.

By:     */s/Robert S. Norell*_____
Robert S. Norell, Esq.

## Service List
CASE NO. 21-60078-CIV-ALTMAN/HUNT

Robert S. Norell, Esq.
E-Mail: rob@floridawagelaw.com
**ROBERT S. NORELL, P.A.**
300 N.W. 70th Avenue
Suite 305
Plantation, Florida 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
*Counsel for Plaintiff*

Joshua R. Kon, Esq.
E-Mail: jkon@stoklaw.com
Marko Ilich, Esq.
E-Mail: milich@stoklaw.com
**STOK KON + BRAVERMAN**
1 E. Broward Boulevard
Suite 915
Fort Lauderdale, FL 33301
Telephone: (954) 237-1777
Facsimile:(954)237-1737
*Counsel for Defendant*
Method of Service: CM/ECF